UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-20784-BB

DOUG LONGHINI,

    Plaintiff,

v.

CHRISTAL PLAZA COMMERCIAL
CONDOMINIUM ASSOCIATION, INC.
and CHRISTAL PLAZA LTD,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendants, CHRISTAL PLAZA COMMERCIAL CONDOMINIUM ASSOCIATION, INC. and CHRISTAL PLAZA LTD, hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 29th day of June, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Jason K. Kellogg* |
| ANTHONY J. PEREZ | JASON K. KELLOGG |
| Florida Bar No.: 535451 | Florida Bar No.: 0578401 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | LEVINE KELLOGG LEHMAN |
| 4937 S.W. 74th Court, Unit #3 | SCHNEIDER + GROSSMAN LLP |
| Miami, FL 33155 | 201 S. Biscayne Boulevard |
| Telephone: (305) 553- 3464 | Citigroup Center, 22nd Floor |
| Facsimile: (305)553-3031 | Miami, FL 33131 |
| Primary Email: ajperezlaw@gmail.com | Telephone: (305) 403-8788 |
| Secondary Email: aquezada@lawgmp.com | Facsimile: (305) 403-8789 |
| *Attorney for Plaintiff* | Email: jk@lklsg.com |
| | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 29th, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**

*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary Emails:  aquezada@lawgmp.com; bvirues@lawgmp.com

By: ___*/s/ Anthony J. Perez*_____
         ANTHONY J. PEREZ

2