# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-20784-BB

DOUG LONGHINI,

    Plaintiff,

v.

CHRISTAL PLAZA COMMERCIAL
CONDOMINIUM ASSOCIATION, INC.
and CHRISTAL PLAZA LTD,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI, and Defendant, CHRISTAL PLAZA COMMERCIAL CONDOMINIUM ASSOCIATION, INC. and CHRISTAL PLAZA LTD., having entered into a Confidential Settlement Agreement that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice and, except as otherwise agreed to by the Parties in their Agreement, each party shall bear its respective fees and costs.

Respectfully submitted this 28th day of July, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez* | /s/ *Jason K. Kellogg* |
| ANTHONY J. PEREZ | JASON K. KELLOGG |
| Florida Bar No.: 535451 | Florida Bar No.: 0578401 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | LEVINE KELLOGG LEHMAN |
| 4937 S.W. 74th Court, Unit #3 | SCHNEIDER + GROSSMAN LLP |
| Miami, FL 33155 | 201 S. Biscayne Boulevard |
| Telephone: (305) 553- 3464 | Citigroup Center, 22nd Floor |
| Facsimile: (305)553-3031 | Miami, FL 33131 |
| Primary Email: ajperezlaw@gmail.com | Telephone: (305) 403-8788 |
| Secondary Email: aquezada@lawgmp.com; | Facsimile: (305) 403-8789 |
| *Attorney for Plaintiff* | Email: jk@lklsg.com |
| | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 28, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary Email:  aquezada@lawgmp.com


By: */s/ Anthony J. Perez*
      ANTHONY J. PEREZ